# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

2012-1027

UNITED STATES,

          Plaintiff-Appellee,

v.

CANEX INTERNATIONAL LUMBER SALES, LTD.,

          Defendant-Appellant,

v.

XL SPECIALITY INSURANCE COMPANY,

          Defendant-Appellee.

Appeal from the United States Court of International Trade in case no. 06-CV-0141, Judge Jane A. Restani.

# ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

04/16/12

cc: Clerk's Office, CIT
    Joel R. Junker
    Aimee Lee

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 16 2012

JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 04/16/12

US V CANEX INTL LUMBER SALES, 2012-1027
CIT - 06-CV-0141

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 4/16/12